**WO**                                                                                     SC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 05-1303-PHX-SMM |
| Plaintiff, | ) ) | No. CV 06-1389-PHX-SMM (GEE) |
| v. | ) ) | **ORDER** |
| Rafael Rios-Benitez, | ) ) | |
| Defendant/Movant. | ) ) | |

Movant Rafael Rios-Benitez ("Movant"), who was confined in the Florence Corrections Center in Florence, Arizona, filed a *pro se* "Motion For Time Reduction by an Inmate in Federal Custody (28 U.S.C. § 2255)."  (Doc.# 18.)[1]  On June 22, 2006, the Court dismissed the motion and granted Movant 30 days in which to file an amended motion. (Doc.# 21.)  On July 3, 2006, Movant filed a notice of change of address.  (Doc.# 22.)  On August 3, 2006, the copy of the June 22 Order mailed to Movant was returned as undelivered, apparently because Movant was no longer at the Florence Corrections Center. (Doc.# 23.)  The Court will direct that this Order and a copy of the June 22 Order be mailed to Movant at his current address of record and the Court will grant Movant an additional 30 days from the filing date of this Order in which to file an amended motion.

**I.     Warnings**

**A.     Address Changes**

Movant must file and serve a notice of a change of address 10 days before his move, if practicable, is effective.  See LRCiv 83.3(d).  Movant shall not include a motion for other relief with his notice of change of address.

---

[1]  "Doc.#" refers to the docket number of documents filed in the criminal case.

JDDL

**B.     Copies**

Movant must submit an additional copy of every original motion or other document filed for use by the Court.  See LRCiv 5.4.  Failure to comply with this requirement may result in the motion or document being stricken without further notice to Movant.

**C.     Possible Dismissal**

Movant is warned that if he fails to timely comply with every provision of this Order, including these warnings, this action will be dismissed without further notice.  See Ferdik, 963 F.2d at 1260-61 (district court may dismiss action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)  The Clerk of Court must send a copy of this Order and the June 22, 2006 Order (doc.# 21) to Movant's current address of record.  (Doc.# 22.)

(2)  Movant is granted an extension **until no later than 30 days from the filing date of this Order** to comply with the June 22, 2006 Order (Doc.# 21) by filing an Amended Motion pursuant to 28 U.S.C. § 2255.

(3)  The Clerk of Court must forthwith provide Movant a current court-approved form for filing a Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (28 U.S.C. § 2255).

(4)  The Clerk of Court will enter a judgment of dismissal of this action and the accompanying civil action, CV 06-1389-PHX-SMM (GEE), without prejudice and without further notice to the Movant if he fails to file an Amended Motion within **30 days of the filing date of this Order**.

DATED this 31st day of August, 2006.


Stephen M. McNamee
United States District Judge

JDDL

_____
Name

_____
Prison Number

_____
Place of Confinement

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | _____ |
| | ) | Case Number (To be supplied by |
| _____, | ) | the Clerk, U. S. District Court) |
| (Full Name of Movant) | ) | |
| | ) | |
| _____, | ) | MOTION TO VACATE, SET ASIDE, |
| (Include name under which you were | ) | OR CORRECT  SENTENCE BY A |
| convicted.) | ) | PERSON IN FEDERAL CUSTODY |
| | ) | (28 U.S.C. § 2255) |
| Movant. | ) | |
| _____ | ) | |

(If movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

INSTRUCTIONS - READ CAREFULLY

(1) This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any question, use reverse side of sheet.

(2) Additional pages are not permitted except with respect to the *facts* which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute the Declaration on the last two (2) pages, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the Certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions

(6/22/82)                                                                                    **510**

either in the same district or in different districts, you must file separate motions as to each judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, *the original and two (2) copies* must be mailed to:

<u>Phoenix & Prescott Divisions</u>:   OR   <u>Tucson Division</u>:
U.S. District Court Clerk              U.S. District Court Clerk
U.S. Courthouse, Suite 321            U.S. Courthouse, Suite 1500
401 West Washington St., SPC 10       405 West Congress Street
Phoenix, Arizona  85003-2119          Tucson, Arizona  85701-5010

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

<u>MOTION</u>

1.  Name and location of court which entered the judgment of conviction under attack: _____
2.  Date of judgment of conviction: _____
3.  Length of sentence: _____ Sentencing Judge: _____
4.  Nature of offense involved (all counts): _____
    _____
    _____
    _____

5.  What was your plea?   (Check one)
    (a) Not Guilty      (  )
    (b) Guilty          (  )
    (c) Nolo contendere (  )
    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____
    _____
    _____
    _____

6.  Kind of trial:   (Check one)
    (a) Jury           (  )
    (b) Judge only     (  )
7.  Did you testify at the trial? Yes (  )      No (  )
8.  Did you appeal from the judgment of conviction?  Yes (  )      No (  )
9.  If you did appeal, answer the following:
    (a) Name of Court: _____
    (b) Result: _____
    (c) Date of result: _____
10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?      Yes (  )   No (  )
11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of Court: _____
        (2) Nature of proceeding: _____

-2-

(3) Grounds raised: _____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application,     or motion? Yes ( )     No ( )

(5) Result: _____

(6) Date of result: _____

(b) As to any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Nature of proceeding: _____

_____

(4) Did you receive an evidentiary hearing on your petition, application, or motion?  Yes ( )     No ( )

(5) Result: _____

(6) Date of result: _____

(c) As to any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Nature of proceeding: _____

(3) Grounds raised: _____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application,     or motion? Yes ( )     No ( )

(5) Result: _____

(6) Date of result: _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application, or motion?

(1) First petition, etc.      Yes ( )      No ( )

(2) Second petition, etc.     Yes ( )      No ( )

(3) Third petition, etc.      Yes ( )      No ( )

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain *briefly* why you did not: _____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION:  If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you have other than those listed.  However, *you should raise in this motion all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by an unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A.   Ground One: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

B.   Ground Two: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):

_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____

C.    Ground Three: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D.    Ground Four: _____

Supporting FACTS (tell your story *briefly* without citing cases or law):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously
     presented, state briefly what grounds were not so presented, and give
     your reasons for not presenting them: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

14.  Do you have any petition or appeal now pending in any court as to the
     judgment under attack?   Yes (  )        No (  )

15. Give the name and address, if known, of each attorney who represented
    you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: _____
        _____
    (b) At arraignment and plea: _____
        _____
    (c) At trial: _____
        _____
    (d) At sentencing: _____
        _____
    (f) In any post-conviction proceeding: _____
        _____
    (g) On appeal from any adverse ruling in a post-conviction proceeding: __
        _____

16. Were you sentenced on more than one count of an indictment, or on more
    than one indictment, in the same court and at approximately the same
    time?
    Yes ( )     No ( )
17. Do you have any future sentence to serve after you complete the
    sentence imposed by the judgment under attack?    Yes ( )      No ( )
    (a) If so, give the name and location of the court which imposed the
        sentence to be served in the future: _____
        _____
    (b) Give the date and length of sentence to be served in the future: ____
        _____
    (c) Have you filed, or do you contemplate filing, any petition
        attacking the judgment which imposed the sentence to be served in
        the future?
        Yes ( )       No ( )

        WHEREFORE, movant prays that the court grant him all relief to
which he may be entitled in this proceeding.

        I declare (or certify, verify, or state) under penalty of perjury
that the foregoing is true and correct:


Executed on _____                _____
                    (date)                             Signature of Movant



_____
Signature of Attorney (if any)